FILED
2009 JUN 16 PM 3:09
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF
LOS ANGELES

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2009 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 09-**CR09-00572** |
| Plaintiff, | **I N D I C T M E N T** |
| v. | [21 U.S.C. §§ 841(a)(1), 841(b)(1)(A): Possession with Intent to Distribute Methamphetamine; 18 U.S.C. § 924(c)(1)(A)(i): Possession of a Firearm During Drug Trafficking Offense] |
| JUAN CAMPOS<br>  aka "Fat Juan," | |
| Defendant. | |

The Grand Jury charges:

COUNT ONE

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)]

On or about May 12, 2009, in Ventura County, within the Central District of California, defendant JUAN CAMPOS, also known as "Fat Juan," knowingly and intentionally possessed with intent to distribute 50 grams or more, that is, approximately 188 grams, of actual methamphetamine, a schedule II controlled substance.

KSR:ksr
KSR

COUNT TWO

[18 U.S.C. § 924(c)(1)(A)(i)]

On or about May 12, 2009, in Ventura County, within the Central District of California, defendant JUAN CAMPOS, also known as "Fat Juan," knowingly used and carried a firearm, namely, a Ruger, 9 millimeter semi-automatic pistol, model P95 DC with an obliterated serial number, during and in relation to, and possessed that firearm in furtherance of, a drug trafficking crime, namely, possession with intent to distribute methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A), as charged in Count One.

A TRUE BILL

/S/
_____
Foreperson

THOMAS P. O'BRIEN
United States Attorney

[signature] Daniel A. Goodman, Ant U.S. Atty
Deputy Chief, Criminal Division, for

CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division

TIMOTHY J. SEARIGHT
Assistant United States Attorney
Chief, Organized Crime
 Drug Enforcement Task Force

KEVIN S. ROSENBERG
Assistant United States Attorney
Deputy Chief, Organized Crime
 Drug Enforcement Task Force