<u>DECLARATION OF CARLOS MACIAS</u>

I, Carlos Macias, declare as follows:

1. I am a Peace Officer of the State of California and I am currently employed by the Ventura County Sheriffs Department. I have been so employed in excess of 20 years. I am currently assigned to the Ventura County Sheriffs' Narcotics Unit as a narcotics investigator. I have been assigned to the narcotics unit for approximately eight years and was previously assigned in 1994 as a narcotic investigator with the Sheriffs Department for one year.

2. During my employment with the Ventura County Sheriffs Department, I have received hundreds of hours of training in the investigation of narcotics. The Ventura County Police and Sheriffs Academy, the California Department of Justice, the United States Drug Enforcement Administration, the California Narcotics Officer's Association, and the Western States Information Network provided this training. I have also received training from the California Narcotic Officers Association in the area of Money Laundering and Financial Fraud. This training dealt with the detection and investigative aspects of narcotics including use, manufacturing, transportation, smuggling, packaging, possession for sales, and sales of narcotics, including methamphetamine. Additionally, this training has included covert surveillance techniques, counter-surveillance techniques, controlled narcotic buy programs, informant handling, and drug trafficking trends.

3. Throughout my employment in law enforcement and with the Ventura County Sheriff's Department, I have had the

1  opportunity to interact and observe numerous subjects who had
2  been arrested and booked for narcotic violations. I have had the
3  opportunity to observe the effects of narcotics on those subjects
4  and examine the narcotics and paraphernalia confiscated. I have
5  made arrests and/or assisted in arrests of individuals for
6  narcotics violations, which include arrests for under the
7  influence, possession of narcotics, possession for sales, and
8  sales of narcotics, and the transportation and manufacturing of
9  narcotics. Since my assignment as a narcotics investigator, I
10 have conducted and/or participated in numerous narcotic
11 investigations. I have executed and/or assisted in the execution
12 of a number of search warrants where narcotics were seized and
13 arrests were made. I have developed contacts with narcotic users
14 and informants. I have discussed with them the various aspects of
15 manufacturing, smuggling techniques, packaging, transportation,
16 and sales of narcotics, and the transportation and manufacturing
17 of narcotics and the methods that narcotics traffickers use to
18 conceal their monies.
19      4.   Since 2008, I have been investigating Juan "Fat Juan"
20 Campos ("Campos") for narcotics trafficking. I have received
21 information from reliable informants that Campos sold
22 methamphetamine and also made controlled buys of methamphetamine
23 from Campos using informants. Additionally, on December 11,
24 2008, detectives surveilled Campos and saw him engage in a hand
25 to hand drug deal with a woman. Officers stopped the woman
26 immediately after she met with Campos and arrested her for being
27 under the influence of methamphetamine. Upon being strip
28 searched at the station, deputies found approximately 1/4 ounce

1  of methamphetamine on her person. Based on my training and
2  experience, I believe that Campos sold this woman methamphetamine
3  and had probable cause to arrest Campos for methamphetamine
4  sales. I also learned from another detective that Campos was
5  "running a stolen property operation from a storage facility
6  somewhere in the El Rio or Saticoy area" and that Campos stored
7  "large quantities of methamphetamine in this storage facility."
8  The other detective received this information from a reliable
9  informant.
10     5.   On May 12, 2009, I saw Campos driving next to me in a
11 silver Mazda 6 sedan. I recognized Campos because I had seen
12 numerous photos of Campos, had seen Campos on several
13 surveillance operations, and personally arrested Campos. I then
14 formed a surveillance team which followed Campos to his mother's
15 house in Oxnard where he stayed for a short period of time.
16 Campos and a female later identified as Vanessa Brashear left the
17 house in the Mazda. Brashear was driving and Campos was in the
18 passenger's seat.
19     6.   Officers and I followed Campos and the female away from
20 the house and towards the area of El Rio. I was the lead
21 surveillance officer for approximately 90% of the time we
22 followed Campos that day. When I was not the lead surveillance
23 officer, I was monitoring the surveillance on my police radio
24 while other officers called out over the radio what they were
25 observing. While following the Mazda, officers and I saw the
26 Mazda make a series of turns that I believed from my training and
27 experience were counter surveillance driving. More specifically,
28

14

while conducting surveillance of the Mazda the following occurred:

    a.   The Mazda was driving in the number one lane and quickly moved over to the number two lane to let vehicles pass.

    b.   The Mazda then approached the intersection of Gonzales Road and Rice Avenue as the light was turning red. The driver had ample opportunity to move into the left hand turn pocket. The Mazda stayed in the number one lane and waited for the light to turn green.

    c.   When the traffic light turned green the vehicle quickly turned left across two left hand turn lanes and went west bound on Gonzales Road.

    d.   The Mazda accelerated to a very high rate of speed and moved from the number one lane to the number two lane several times for no apparent reason.

    e.   The Mazda then turned down a side street and drove through a parking lot and exited the other side onto surface streets.

    f.   The Mazda then accelerated north on Rose Avenue and was lost in the area of El Rio.

   7.   I knew from following Campos on numerous occasions that he would only drive like this when he was in route to a narcotic transaction. In my experience, Campos obeyed all traffic laws when going to a store and driving from place to place. Thus, because of the way Brashear was driving the Mazda in which defendant was a passenger I suspected Campos was going somewhere where he did not want to be followed. I reached this conclusion based on my experience with Campos and other narcotics

15

traffickers. I have personally witnessed hundreds of narcotics transactions and have seen hundreds of drug traffickers use "counter-surveillance" driving in order to detect and evade law enforcement before and after drug transactions.

8. A short while after I lost the Mazda I drove to "A-Vineyard Self Storage" located at 3500 E. Vineyard in Oxnard and went inside. I went to this location because Campos had been surveilled to the area of this storage facility on January 14, 2009. While at the storage facility on May 12, 2009, I saw Campos and Brashear parked in front a storage locker located in the 9100 range, but I could not see the exact number of the locker where Campos and Brashear were standing. A short while I saw Campos move the Mazda in front of a two-story building located on the facility. I followed Campos to the second floor and saw Campos in the area of the 8200 lockers, but could not identify which exact storage locker Campos was near.

9. For fear of being spotted by Campos, I went down to the area where the Mazda was parked and watched the Mazda. About 45 minutes later, Campos and Brashear brought a trolley loaded with several black bags to the Mazda. Campos began to unload the bags into the Mazda's trunk. I saw Campos holding a set of keys that were on a long black lanyard as he was unloading the bags into the trunk.

10. I saw Campos talking to Brashear and saw him hand Brashear the keys on the black lanyard. Brashear then walked back into the storage facility with the keys and returned a few minutes later carrying small black bag. Brashear handed the bag and keys to Campos. Campos took the black bag and shoved it into

1 | a white plastic trash bag with clothes inside.
2 | 11. After loading the vehicle, Campos got into the drivers
3 | seat and Brashear got into the passenger's seat. They both drove
4 | out of the area. I instructed Ventura County Sheriff's
5 | Department Deputy V. Tinoco to conduct a traffic stop on the
6 | Mazda. During the stop, suspect Campos gave a false name and
7 | refused to consent to a search of the Mazda.
8 | 12. I then instructed Deputy Tinoco to conduct a probable
9 | cause search of the vehicle. Based on my training and
10 | experience, the manner in which Brashear was driving the Mazda
11 | that day, the bags Campos was loading into the Mazda, and the
12 | prior information I had from informants regarding Campos's drug
13 | trafficking activities and his use of a storage facility to store
14 | narcotics, I believed that there were narcotics located inside
15 | the Mazda. I believed that if officers did not search the Mazda
16 | evidence would likely be lost.
17 | 13. Upon searching the Mazda officers and deputies
18 | recovered approximately six ounces of methamphetamine in a small
19 | leather backpack next to a gray backpack in the back seat. In
20 | the same bag as the methamphetamine, a detective recovered
21 | operational gram narcotics scales, packaging material, measuring
22 | spoons, smoking pipes, and the keys on the black lanyard.
23 | Detectives also recovered $5,905 in cash in the gray backpack.
24 | ///
25 |
26 |
27 |
28 |

```
 1  Detectives found an unloaded Ruger 9 millimeter handgun and DMV
 2  paperwork in Campos's name in a black bag in the trunk.  The
 3  black bag was shoved in a white plastic trash bag with clothes.
 4  Detectives also recovered numerous computers and suspected stolen
 5  property inside the Mazda.
 6       I declare under penalty of perjury that the foregoing is
 7  true and correct.
 8       Executed this 9TH day of October 2009, at Ventura,
 9  California.
10                              /s/ Carlos Macias
11                              CARLOS MACIAS #2362
```